```
 1  BRYAN CAVE LLP
    Marcy J. Bergman, California Bar No. 75826
 2  Berrie Goldman, California Bar No. 246061
    Two Embarcadero Center, Suite 1410
 3  San Francisco, CA 94111
    Telephone:   (415) 675-3400
 4  Facsimile:   (415) 675 3434
    E-Mail:      marcy.bergman@bryancave.com
 5               berrie.goldman@bryancave.com
 6
    Attorneys for Plaintiff
 7  BACKGATE DESIGNS, INC.
 8
 9
              UNITED STATES DISTRICT COURT
10
       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
11
12
13  BACKGATE DESIGNS, INC.,           Case No. 5:11-cv-03388-PSG
14          Plaintiff,                STIPULATED PERMANENT
                                      INJUNCTION; [PROPOSED] ORDER
15      v.
16  C.B.B. GROUP INC.,
17          Defendant.
18
```

19  The parties hereto having agreed to a settlement of the claims between them, and having stipulated to entry of this Permanent Injunction, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

  1.  This Court has jurisdiction over Defendant CBB GROUP, INC. (hereafter "CBB") and over the subject matter at issue in this action. Defendant CBB consents to jurisdiction of this Court for the purpose of executing and enforcing this Permanent Injunction, and this Court retains jurisdiction for this purpose.

  2.  Plaintiff BACKGATE DESIGNS, INC. ("BACKGATE") is the owner by assignment of U.S. Patent No. D557,478 ("'478 Patent"). The '478 Patent claims the ornamental

1  design for a visor with simulated hair, as shown:



3.  CBB acknowledges the validity of BACKGATE's '478 Patent, and agrees not to contest the validity of the '478 Patent or BACKGATE's ownership rights therein, in any future proceedings between the parties, including any future action claiming patent infringement.

4.  CBB has offered for sale retail visors consisting partly of simulated hair that reflect the design claimed in the '478 Patent, including Item Number NV-3139 ("Infringing Visors"). CBB represents and warrants that it has not sold any units of the Infringing Visors and holds no units of Infringing Visors in its inventory.

5.  CBB represents and warrants that _____ (website address on alibaba.com) was its intended source of Infringing Visors. CBB further represents and warrants that it has not purchased any Infringing Visors from _Alibabi_ or any other source, and that it has not sold or distributed directly or indirectly any Infringing Visors from _Alibabi_ or any other source.

6.  CBB represents and warrants that as of the date of this Permanent Injunction, it has not distributed, purchased or sold the Infringing Visors and that it has discontinued offering the Infringing Visors for sale. CBB further represents and warrants that it is not currently distributing, selling or offering for sale any other visor styles that reflect the design claimed in the '478 Patent.

7.  CBB, and each of its officers, directors, agents, servants, employees, subsidiaries, affiliates, predecessors, successors and/or other related companies, and persons in active concert

or participation with CBB who receive actual notice of this order by personal service or otherwise, are permanently enjoined from manufacturing, importing, exporting, distributing, licensing, selling, marketing, advertising, promoting or offering for sale any visor with simulated hair that reflects the design claimed in the '478 Patent.

8. CBB shall remove all images of the Infringing Visors from its website, catalogues, and any other marketing materials and/or advertisements in CBB's possession or control, and instruct its customers to remove such images from their stores, websites and materials, within ten (10) days of the date of execution of this Permanent Injunction. Counsel for CBB shall provide written confirmation of the removal of all images set forth above within two (2) days of completion.

**IT IS SO ORDERED.**

DATED: "; 44H233

By: _Paul S. Grewal_
The Honorable Paul Grewal
Magistrate Judge of the U.S. District Court

We hereby consent to entry of this Permanent Injunction:

DATED:                          **HANEY, RODERICK, TORBETT & ARNOLD, LLP**

By: _[signature]_
Steven H. Haney (CBN 121980)
Attorney for Defendant
CBB GROUP, INC.

DATED: 9/19/11                  **BRYAN CAVE LLP**

By: _Bernie Goldman_
Bernie R. Goldman
Attorneys for Plaintiff
BACKGATE DESIGNS, INC.