UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BACKGATE DESIGNS, INC., <br><br>　　　　　Plaintiff, <br>　　v. <br><br>C.B.B. GROUP INC., <br><br>　　　　　Defendant, | Case No.: C 11-3388 PSG <br><br>**STANDBY ORDER TO SHOW CAUSE** |

The court has been informed that the parties have reached a settlement.  Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than October 14, 2011.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, October 25, 2011 at 2:00 p.m. to show cause why the case should not be dismissed.

Dated:  ; 14414233

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER