UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BACKGATE DESIGNS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> C.B.B. GROUP INC., ) <br> ) <br> Defendant, ) <br> ) | Case No.: C 11-3388 PSG <br><br> **ORDER DENYING AS MOOT MOTION FOR TRANSFER OF VENUE AND VACATING CASE MANAGEMENT CONFERENCE** <br><br> **(Re: Docket Nos. 8, 17)** |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Transfer of Venue is DENIED AS MOOT. Should the settlement fail and Plaintiff continue to pursue this action, Defendant may choose to re-file the motion for transfer of venue.

IT IS FURTHER ORDERED that the case management conference set for October 18, 2011 is VACATED. The court's September 22, 2011 Standby Order to Show Cause remains in effect, pending the parties' filing of a stipulation of dismissal.

Dated: September 22, 2011

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

ORDER