**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Berrie Goldman, California Bar No. 246061
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:  (415) 675-3400
Facsimile:  (415) 675 3434
E-Mail:  marcy.bergman@bryancave.com
berrie.goldman@bryancave.com

Attorneys for Plaintiff
BACKGATE DESIGNS, INC.

**HANEY, RODERICK, TORBETT & ARNOLD**
Steven H. Haney, California Bar No. 121980
1055 West Seventh Street, Suite 1950
Los Angeles, CA  90017
Telephone: (213) 228-6500
Facsimile:  (213) 228-6501

Attorneys for Defendant
CBB GROUP, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BACKGATE DESIGNS, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>C.B.B. GROUP INC.,<br><br>         Defendant. | Case No. 5:11-cv-03388-PSG<br><br>**STIPULATED VOLUNTARY DISMISSAL OF ENTIRE ACTION; [PROPOSED] ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)] |

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Backgate Designs, Inc. ("Backgate") and Defendant CBB Group, Inc., through their respective attorneys; pursuant to Fed. R. Civ. P. 41(a)(1), that the action be dismissed in its entirety with prejudice and without fees or costs to either party, all matters in controversy having been fully settled, compromised, and adjourned.

Dated: September 14, 2011

Respectfully submitted,

**BRYAN CAVE LLP**

By: *[signature]*
Berrie Goldman

Attorneys for Plaintiff
BACKGATE DESIGNS, INC.

**HANEY, RODERICK, TORBETT & ARNOLD, LLP**

By: *[signature]*
Steven H. Haney

Attorneys for Defendant
CBB GROUP, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/23/2011

By: *[signature]*
The Honorable Paul Grewal
Magistrate Judge of the U.S. District Court

2
JOINT STIPULATION OF VOLUNTARY DISMISSAL